**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1120

DAVID LOUIS WHITEHEAD,

Plaintiff - Appellant,

versus

TWENTIETH CENTURY FOX FILM CORPORATION;
TYNDALE HOUSE PUBLISHER, INCORPORATED; NEW
MARKET FILMS, INCORPORATED; FOX 43,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-01349-CMH)

Submitted:  May 11, 2007          Decided:  August 17, 2007

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

David Louis Whitehead, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Louis Whitehead appeals the district court's order transferring his complaint, alleging copyright infringement, to the District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1404(a)(2000) and 1406(a)(2000). This court may exercise jurisdiction only over final orders. 28 U.S.C. § 1292(2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Cor., 337 U.S. 541 (1949). The order Whitehead seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See In re Carefirst of Md., Inc., 305 F.3d 253, 257 (4th Cir. 2002). Accordingly, we deny Whitehead's motion for sanctions against opposing counsel; we deny as moot his motion to stay his case pending submission of the DVD, THE PASSION OF THE CHRIST (Twentieth Century Home Entertainment, Inc. 2004); we deny as moot his motions for injunctive relief, and we dismiss his appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED